ALFRED H. JACOBSON, Appellant, v. WILLIAM N. MEISTER, Respondent. Jo ANN JACOBSON, an Infant, by ALFRED H. JACOBSON, Her Guardian ad Litem, Appellant, v. WILLIAM N. MEISTER, Respondent.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

ELIZABETH PLOHN, Respondent, v. CHARLES PLOHN, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 967.]

RAMONA E. AGUILAR, as Guardian ad Litem of CARMEN LOPEZ, an Infant, et al., Respondents, v. STATE OF NEW YORK, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 103.]

MYRL R. HOWE, Respondent, v. ROBERT E. HOWE, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 821.]

ROLAND R. JONES, Respondent, v. JAMES P. GIANFERANTE, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post*, p. 1122.]